MARGARET M. WITKOWSKI, Respondent, *v.* ANTHONY WITKOWSKI, Appellant.

Submitted October 1, 1947; decided October 16, 1947.

*Morris Golub* for appellant.

*Sol Rubin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.